JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CONNIE LEE SWIFT, | ) | Case No. CV 16-8946 FMO (RAOx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| STATE OF CALIFORNIA, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice for lack of subject matter jurisdiction.

Dated this 15th day of December, 2016.

/s/
Fernando M. Olguin
United States District Judge